Alexander J. Scott, as Administrator, etc., of Joseph J. Scott, Deceased, Respondent, v. Nina Spencer and Alvan R. Johnson, Appellants, Impleaded with Simon H. Smith and Others, Defendants.— Judgment affirmed, with costs

No opinion. Woodward, Gaynor, Rich and Miller, JJ., concurred; Hirschberg, P. J., not voting.

Joseph Sigretto, Respondent, v. National Trading Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.